**Dismiss and Opinion Filed May 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01025-CV

**JEWELL THOMAS, Appellant**
**V.**
**TOSCANA PALMS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-04190E**

## MEMORANDUM OPINION

Before Justices Moseley, O'Neill, and FitzGerald
Opinion by Justice FitzGerald

Appellant filed a deficient brief. The Clerk notified appellant by letter of the defects in his brief and directed him to file an amended brief in compliance with the Texas Rules of Appellate Procedure within ten days. She further warned him that failure to comply would result in dismissal of his appeal. Appellant's deadline to file an amended brief has expired, and he has not filed an amended brief or otherwise communicated with this Court.

Accordingly, we dismiss this appeal on our own motion. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), (c).

121025F.P05

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JEWELL THOMAS, Appellant

No. 05-12-01025-CV      V.

TOSCANA PALMS, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-12-04190E.
Opinion delivered by Justice FitzGerald.
Justices Moseley and O'Neill participating.

In accordance with this Court's opinion of this date, we **DISMISS** this appeal.

It is **ORDERED** that appellee TOSCANA PALMS recover her costs of this appeal from appellant JEWELL THOMAS.

Judgment entered May 14, 2014.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE